UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANO DIMENSION LTD.<br><br>    Plaintiff,<br><br>v.<br><br>MURCHINSON LTD., EOM MANAGEMENT LTD., NOMIS BAY LTD., BPY LIMITED, ANSON ADVISORS INC., ANSON FUNDS MANAGEMENT LP, ANSON MANAGEMENT GP LLC, BOOTHBAY FUND MANAGEMENT, LLC, BOOTHBAY ABSOLUTE RETURN STRATEGIES, LP, and BOOTHBAY DIVERSIFIED ALPHA MASTER FUND, LP,<br><br>    Defendants. | Case No: 1:23-cv-02566-JLR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN DEFENDANTS FROM MISUSING ILLEGALLY ACQUIRED SECURITIES** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Nano Dimension Ltd. ("Nano") will, and hereby does, move the Court, the Honorable Jennifer L. Rochon presiding, in the United States District Court for the Southern District of New York at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Courtroom 20B, New York, NY 10007, for a preliminary injunction:

  1. Enjoining Defendants from purchasing or selling Nano's American Depository Shares ("ADSs") until at least 6 weeks after they file an accurate Schedule 13D disclosing their group ownership and coordination;

  2. Enjoining Defendants from exercising ADS and/or shareholder rights, including by casting votes in connection with any Nano ADSs and/or voting at any Nano shareholders meeting until at least 6 weeks after they file an accurate Schedule 13D disclosing their group ownership and coordination, and voiding the votes Defendants purportedly cast at the staged March 2023 meeting; and

3.      Issuing such further and other relief as may be just and proper.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Law, the accompanying Declarations of Yael Sandler and Melissa Ginsberg, and all exhibits attached thereto, and on such other written and oral argument as may be presented to the Court.

Dated: April 24, 2023

Respectfully Submitted,

*/s/ Jonathan Kortmansky*
Jonathan Kortmansky, Esq.
J. Noah Hagey, Esq.
Melissa Ginsberg, Esq.
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089
kortmansky@braunhagey.com
hagey@braunhagey.com
ginsberg@braunhagey.com

*Attorneys for Plaintiff Nano Dimension Ltd.*