**MANDATE**

1:23-cv-02566-JLR

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand twenty-four.

Before:      Joseph F. Bianco,
                 William J. Nardini,
                 Maria Araújo Kahn,
                     *Circuit Judges*,

_____

Nano Dimension Ltd.,                      **JUDGMENT**

        Plaintiff - Appellant,                Docket No. 23-1141

v.

Murchinson Ltd., EOM Management LTD, Nomis Bay Ltd., BPY Limited, Boothbay Fund Management, LLC, Boothbay Absolute Return Strategies, LP, Boothbay Diversified Alpha Master Fund, LP, Anson Advisors Inc., Anson Funds Management LP, Anson Management GP LLC,

        Defendants - Appellees.

_____

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/09/2024**